IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

FILED
- 3 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

ALFRED ABRAMSON, individually and as
Executor of the Estate of JOSEPH
ABRAMSON, deceased, AARON ABRAMSON
and CAROL SCHUDMAK, individually

    PLAINTIFFS,

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. : 3:04-0489

DAVID BRUCE SMALL; LANEKO
MANUFACTURING COMPANY;
RBL LEASING CORPORATION,
DAVID BRUCE SMALL,
UNITED SERVICES AUTOMOBILE ASSOCIATION,

    DEFENDANTS

## PLAINTIFF'S MOTION TO DETERMINE QUANTUM MERUIT FEES OF R. EDISON HILL AND THE LAW FIRM OF HILL, PETERSON, CARPER, BEE & DEITZLER, P.L.L.C.

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Alfred Abramson as executor of the estate of Joseph Abramson, deceased, who respectfully request that this Honorable Court determine reasonable legal fees, under a quantum meruit analysis, to be afforded to previous counsel, R. Edison Hill and The Law Firm of Hill, Peterson, Carper, Bee & Deitzler, P.L.L.C. Undersigned counsel has repeatedly attempted to resolve this issue amicably with R. Edison Hill, to no avail, and now seeks the court's guidance, in conjunction with applicable law as outlined in the accompanying Memorandum in Support of Plaintiff's Motion to Determine Quantum Meruit Fees of R. Edison Hill and the Law Firm of Hill, Peterson, Carper, Bee & Deitzler, P.L.L.C (hereinafter "the Hill Firm"), in determining a reasonable fee for the brief work undertaken by Mr. Hill on behalf of the plaintiff, prior to the retention of undersigned counsel.

**WHEREFORE**, plaintiff respectfully requests that this Court, after hearing on the matter, determine a reasonable fee, under a quantum meruit analysis, for the brief work undertaken by Mr. Hill on behalf of the plaintiff, prior to Mr. Hill's discharge and before the retention of undersigned counsel.

Respectfully Submitted,

_____
David V. Batt (La. Bar No. 2849)
Lobman, Carnahan, Batt, Angelle & Nader
400 Poydras Street, Suite 2300
New Orleans, LA 70130
*phone* (504)586-9292
*fax* (504) 586-1290


_____
Michael S. Bailey (W.Va. Bar No. 8507)
Bailey and Howard, L.L.C
642 Main Street, Suite 201
P.O. Box 347
Barboursville, West Virginia 25504
*phone* (304) 736-0801
*fax* (304)736-0801

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 25 day of April, 2005, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

_____
**DAVID V. BATT**

2